JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTINE OPON,<br><br>  Plaintiff,<br><br>  vs.<br><br>NATIONAL LIFE GROUP, a business entity, form unknown; NATIONAL LIFE INSURANCE COMPANY, a business entity, form unknown; and DOES 1 through 15, Inclusive,<br><br>  Defendants. | Case No. 2:20-cv-08826-SVW-Ex<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:20-cv-08826 SVW (Ex), is dismissed in its entirety as to all defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: ___January 26___, 2021

_____
HON. STEPHEN V. WILSON
United States District Court Judge

176071.1